# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEANNE M. BERNIER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, INC., *et al.*, <br><br> Defendants. | No. 8:19-CV-00657-PA-FFM <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that:

(1) Plaintiffs Rejeanne Bernier and Hans Croteau are hereby designated vexatious litigants.

(2) The Clerk of the Central District may not file or accept any further complaint by or on behalf of plaintiffs, singly or jointly, which pertain to Travelers Property Casualty Insurance Company

("Travelers") Policy No. 976025623.  If plaintiff(s) wish to file a complaint, they must provide the court with an application for a pre-filing order, which must be supported by a declaration from plaintiff(s) under penalty of perjury that (a) the claims they seek to assert are neither frivolous nor brought in bad faith; and (b) prior to filing, they conducted a reasonable investigation of the facts and law, and the facts and law support their claims.  Plaintiff(s) must also attach a copy of this order to the application.  The Clerk shall then forward the complaint, letter, and copy of this order to a reviewing judge for a determination of whether the complaint should be accepted before filing.  If, within 30 days of the letter's date, the reviewing judge does not grant permission in writing to file the document, permission will be deemed denied.  **Any violation of this order shall expose plaintiff(s) to a contempt hearing and appropriate sanctions, and any action filed in violation of this order will be subject to dismissal.**

IT IS FURTHER ORDERED THAT:

(3) Plaintiffs must each post a bond in the amount of $50,000 **on or before November 30, 2019,** to be applied toward the fees and costs incurred by Travelers should the instant lawsuit proceed and Travelers prevail, or to be returned to plaintiffs should they prevail. **If no bond is posted by that date, this action will be dismissed without prejudice;** and

(3) This action is **STAYED** pending plaintiffs' posting of the bonds.

DATED: October 1, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE