ROBERT M. PETERSON [Bar No. 100084; rpeterson@ccplaw.com]
JOYCE C. WANG [Bar No.: 121139; jwang@ccplaw.com]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:  (415) 391-3911
Facsimile:  (415) 391-3898

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEANNE M. BERNIER, an individual, HANS S. CROTEAU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, INC., a Connecticut corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: SACV19-00657 PA (FFM)<br><br>**[PROPOSED] ORDER RE: DISMISSAL FOR PLAINTIFFS' FAILURE TO POST BOND**<br><br>Complaint filed:  April 5, 2019 |

1    On October 1, 2019, this Court issued an Order granting Defendant Travelers Property

2    Casualty Insurance Company, Inc.'s Vexatious Litigant Motion.  The Order required Plaintiffs to

3    each "post a bond in the amount of $50,000 on or before November 30, 2019…"  The Order states

4    that if Plaintiffs fail to post the bond within that timeframe, the action will be dismissed without

5    prejudice.  Plaintiffs failed to post the required bond on or before November 30, 2019.

6    Therefore, after considering all the pleadings, evidence submitted, arguments of counsel,

7    and good cause appearing:

8    IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice.

Dated:  December 12, 2019                    _____

                                             PERCY ANDERSON
                                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: DISMISSAL

CASE NO.:  SACV19-00657 PA (FFM)